IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RONNIE JEROME STEWART, #08236-003    PETITIONER

VS.    CIVIL ACTION NO.  5:11-cv-08-DCB-JMR

FEDERAL BUREAU OF PRISONS &
BRUCE PEARSON    RESPONDENTS

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the Chief United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the Chief United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court, and the Petition for Writ of Habeas Corpus is dismissed as moot.

A separate judgment will be entered herein in accordance with the Order as required by

Rule 58 of the Federal Rules of Civil Procedure.

      SO ORDERED, this the   26th   day of March, 2012.

                                                        s/ David Bramlette  
                                            UNITED STATES DISTRICT JUDGE